DOWNER *v.* EGGLESTON, 15 Wend. 51.

Not reported in S. Ct.

</div>

<div align="center">

*Set-Off.*

</div>

IN this case, the Court of Errors held, that a *bond debt* may be set off against any demand recoverable under the *money counts ;* or for which an *indebitatus assumpsit* will lie. The Supreme Court had decided against the set-off.

The Court of Errors also held, that a plaintiff cannot by declaring *specially* where he may recover his demand under a general count, deprive the defendant of his set-off.

The court also held, that a defendant has a right to insist

upon a set-off, although he has positively agreed to account for or pay over to the plaintiff, moneys which the plaintiff authorized him to receive as his *agent*.

Judgment of the Supreme Court, denying the set-off, *reversed*.